**\*\*\*NOT FOR PRINTED PUBLICATION\*\*\***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **MARILYN ATKINS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 9:19-CV-92** |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 18) recommending the court affirm the Commissioner's decision denying benefits. No objections have been filed. The findings and conclusions of the Magistrate Judge are correct. Accordingly, the court ACCEPTS the recommendation of the Magistrate Judge.

So ORDERED and SIGNED, Sep 22, 2020.

Ron Clark
Senior Judge